# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 3, 2021

## NO. 03-20-00169-CV

**Patricia Mihal, Appellant**

**v.**

**Geico Advantage Insurance Company, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
DISMISSED ON AGREED MOTION ON REHEARING —
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on February 11, 2020. The judgment issued by this Court on July 15, 2021, is withdrawn. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.